COMMONWEALTH of Pennsylvania,
Respondent

v.

Dallas Ray VAVRA, Petitioner

No. 712 MAL 2016

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

AND NOW, this 14th day of March, 2017, the Petition for Allowance of Appeal and Application for Leave to File an Amendment are **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Jamir WILLIAMS, Petitioner

No. 783 MAL 2016

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

AND NOW, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

Wendell LONG, Petitioner

v.

Kenneth D. KYLER, Respondent

No. 697 MAL 2016

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

AND NOW, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

P.M., Respondent

v.

K.W., Petitioner

No. 680 MAL 2016

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

**AND NOW**, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Mark POINDEXTER, Petitioner

No. 761 MAL 2016

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

**AND NOW**, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

Raymond DENNISON, Petitioner

v.

UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent

No. 760 MAL 2016

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

**AND NOW**, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

BOROUGH OF PALMYRA, Respondent

v.

Raymond U. BRANDT, Petitioner

No. 743 MAL 2016

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

**AND NOW**, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

IN RE: ESTATE OF Victor SANGIULIANO

Petition of: Debra A. Slack

No. 681 MAL 2016

Supreme Court of Pennsylvania.

March 14, 2017